No. D–817.   In re Disbarment of Singer.   Phillip Singer, of Beverly Hills, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from

the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on November 6, 1989 [*ante*, p. 949], is hereby discharged.